UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN 29 P 3: 00

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELIZABETH RUIZ,<br>as mother and natural guardian of ERIN ARTIS,<br>and ELIZABETH RUIZ, Individually,<br>    Plaintiffs,<br><br>v.<br><br>VIRGINIA FITZGERALD, M.D.,<br>NEIL BENECK, M.D., RICHARD LaSPINA, M.D.<br>KATHRYN QUINN, M.D., CHARLES MILLS, M.D.<br>JOHN DOE, M.D., JANE ROE, M.D., AND<br>JANE MOE, R.N.<br>    Defendants. | C.A. No. 04-10132-RWZ |

## STIPULATION OF DISMISSAL

The plaintiffs hereby voluntarily dismiss the claims brought by Elizabeth Ruiz, as mother and natural guardian of Erin Artis and those claims brought by Elizabeth Ruiz, individually without prejudice and without costs as to each defendant.

The Plaintiffs,
By their attorneys,

_____
Barry D. Lang, Esq.
BBO# 565438
Zachary B. Lang, Esq.
BBO # 652055
Barry D. Lang, M.D., & Associates
One State Street, Suite 1050
Boston, MA 02109
617-720-0176

Dated: January 28, 2004