UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELIZABETH RUIZ, as mother and natural guardian )
of ERIN ARTIS, and ELIZABETH RUIZ, individually )
)
)
)
v. )  Civ. No. 04-10132-RWZ
)
VIRGINIA FITZGERALD, M.D., NEIL BENECK, M.D., )
RICHARD LaSPINA, M.D., KATHRYN QUINN, M.D., )
CHARLES MILLS, M.D., JOHN DOE, M.D., )
JANE ROE, M.D., and JANE MOE, R.N. )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk of Suffolk Superior Court, in the County of Suffolk, Boston, Massachusetts, were filed in the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Gina Walcott-Torres
Gina Walcott Torres
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3100

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on
/s/ Gina Walcott-Torres
2/10/04
Assistant U.S. Attorney